AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

--- OFFENSE CHARGED ---

SEE ATTACHED.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

--- DEFENDANT - U.S ---
▶ MARINO SANDOVAL

DISTRICT COURT NUMBER
CR10-00866 PJH

FILED
NOV 29 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- PROCEEDING ---

Name of Complainant Agency, or Person (& Title, if any)
IRS and ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    STEPHEN G. CORRIGAN, AUSA

--- DEFENDANT ---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction     } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

Defendant Address:
Care of: Thomas F. Carlucci
555 California Street, Suite 1700, San Francisco, CA 94104

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Dec. 6, 2010/10:00 a.m.    Before Judge: Magistrate Judge Ryu

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES OF AMERICA v. MARINO SANDOVAL

**COUNT ONE:** (18 U.S.C. § 371 – Conspiracy To Commit Tax Evasion)
    PENALTY:   Imprisonment:              Maximum 5 years
                      Fine:                           Maximum $250,000
                      Supervised Release:     Maximum 3 Years
                      Special Assessment:     Mandatory $100

**COUNT TWO-FOUR:** (26 U.S.C. § 7201 – Tax Evasion)
    PENALTY:   Imprisonment:              Maximum 5 years
                      Fine:                           Maximum $100,000 plus cost of prosecution
                      Supervised Release:     Maximum 3 Years
                      Special Assessment:     Mandatory $100

**COUNT FIVE-FIFTEEN:** (26 U.S.C. § 7202 – Failure to Account for and Pay Over Taxes)
    PENALTY:   Imprisonment:              Maximum 5 years
                      Fine:                           Maximum $10,000 plus cost of prosecution
                      Supervised Release:     Maximum 3 Years
                      Special Assessment:     Mandatory $100

**COUNT SIXTEEN:** (26 U.S.C. § 7206(1) – False Tax Return)
    PENALTY:   Imprisonment:              Maximum 3 years
                      Fine:                           Maximum $100,000 plus cost of prosecution
                      Supervised Release:     Maximum 1 Year
                      Special Assessment:     Mandatory $100

**COUNT EIGHTEEN:** (8 U.S.C. §§ 1324(a)(1)(A)(iii), (v)(II) and (B)(i) – Harboring Illegal Alien for Commercial Advantage and Private Financial Gain)
    PENALTY:   Imprisonment:              Maximum 10 years
                      Fine:                           Maximum $250,000
                      Supervised Release:     Maximum 3 Years
                      Special Assessment:     Mandatory $100

**COUNT NINETEEN:** (8 U.S.C. § 1324(a)(3)(A) – Hiring for Employment at Least 10 Unauthorized Aliens over a 12-month Period)
    PENALTY:   Imprisonment:              Maximum 5 years
                      Fine:                           Maximum $250,000
                      Supervised Release:     Maximum 3 Years
                      Special Assessment:     Mandatory $100

**COUNT TWENTY:** (42 U.S.C. § 408(a)(7)(B) – False Representation of Social Security Numbers)

<u>PENALTY</u>: Imprisonment: Maximum 5 years
Fine: Maximum $250,000
Supervised Release: Maximum 3 Years
Special Assessment: Mandatory $100

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHED.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
NOV 29 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ NICOLE SANDOVAL

DISTRICT COURT NUMBER

CR10-00866 PJH

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

IRS and ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☑ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     STEPHEN G. CORRIGAN, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction         ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance

Defendant Address:
Care of: Jay R. Weill
One Embarcadero Center, 8th Floor, San Francisco, CA 94111

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Dec. 6, 2010/10:00 a.m.   Before Judge: Magistrate Judge Ryu

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES OF AMERICA v. NICOLE SANDOVAL

**COUNT ONE:** (18 U.S.C. § 371 – Conspiracy To Commit Tax Evasion)
PENALTY:  Imprisonment:         Maximum 5 years
          Fine:                 Maximum $250,000
          Supervised Release:   Maximum 3 Years
          Special Assessment:   Mandatory $100

**COUNT TWO-FOUR:** (26 U.S.C. § 7201 – Tax Evasion)
PENALTY:  Imprisonment:         Maximum 5 years
          Fine:                 Maximum $100,000 plus cost of prosecution
          Supervised Release:   Maximum 3 Years
          Special Assessment:   Mandatory $100

**COUNT FIVE-FIFTEEN:** (26 U.S.C. § 7202 – Failure to Account for and Pay Over Taxes)
PENALTY:  Imprisonment:         Maximum 5 years
          Fine:                 Maximum $10,000 plus cost of prosecution
          Supervised Release:   Maximum 3 Years
          Special Assessment:   Mandatory $100

**COUNT SEVENTEEN:** (26 U.S.C. § 7206(1) – False Tax Return)
PENALTY:  Imprisonment:         Maximum 3 years
          Fine:                 Maximum $100,000 plus cost of prosecution
          Supervised Release:   Maximum 1 Year
          Special Assessment:   Mandatory $100

**COUNT EIGHTEEN:** (8 U.S.C. §§ 1324(a)(1)(A)(iii), (v)(II) and (B)(I) – Harboring Illegal Alien for Commercial Advantage and Private Financial Gain)
PENALTY:  Imprisonment:         Maximum 10 years
          Fine:                 Maximum $250,000
          Supervised Release:   Maximum 3 Years
          Special Assessment:   Mandatory $100

**COUNT NINETEEN:** (8 U.S.C. § 1324(a)(3)(A) – Hiring for Employment at Least 10 Unauthorized Aliens over a 12-month Period)
PENALTY:  Imprisonment:         Maximum 5 years
          Fine:                 Maximum $250,000
          Supervised Release:   Maximum 3 Years
          Special Assessment:   Mandatory $100

**COUNT TWENTY:** (42 U.S.C. § 408(a)(7)(B) – False Representation of Social Security Numbers)

<u>PENALTY</u>:  Imprisonment:         Maximum 5 years
              Fine:                  Maximum $250,000
              Supervised Release:    Maximum 3 Years
              Special Assessment:    Mandatory $100

E-filing

1  MELINDA HAAG (CABN 132612)
   United States Attorney

FILED

NOV 29 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR10-00866 PJH |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 371 - Conspiracy to Commit Tax Evasion; 26 U.S.C. § 7201- Tax Evasion; 26 U.S.C. § 7202 - Failure to Account for and Pay Over Taxes; 26 U.S.C. § 7206(1) - False Tax Return; 8 U.S.C. §§ - 1324(a)(1)(A)(iii), (v)(II) and (B)(i) - Harboring Illegal Aliens for Commercial Advantage and Private Financial Gain; 8 U.S.C. § 1324(a)(3)(A) - Hiring for Employment at least 10 Unauthorized Aliens Over a 12-Month Period; 42 U.S.C. § 408(a)(7)(B) - False Representation of Social Security Numbers |
| v. ) | |
| MARINO SANDOVAL and ) | |
| NICOLE SANDOVAL, ) | |
| Defendants. ) | |
| ) | OAKLAND VENUE |

I N F O R M A T I O N

The United States Attorney charges:

<u>COUNT ONE</u>: (18 U.S.C. § 371 – Conspiracy to Commit Tax Evasion)

1. Beginning at a date unknown but no later than on or about October 4, 2004, and continuing to on or about October 23, 2006, in the Northern District of California, the defendants,

MARINO SANDOVAL
and
NICOLE SANDOVAL,

1 did knowingly and intentionally conspire to commit an offense against the United States, namely, tax evasion, in violation of Title 26, United States Code, Section 7201.

2. At all relevant times,

    A.    Defendant MARINO SANDOVAL and defendant NICOLE SANDOVAL ("defendants") were partners in a chain of restaurants ("El Balazo Restaurants" or "restaurants") located in the San Francisco Bay area.

    B.    The defendants were married to each other and lived in Pleasanton, California.

    C.    Defendant MARINO SANDOVAL worked at an office located at 480 San Ramon Boulevard, Suite H, Danville, California, and was primarily responsible for the day-to-day activities of the restaurants located in the East Bay.

    D.    Defendant NICOLE SANDOVAL also worked in the office located in Danville and was primarily responsible for the catering aspect of the business, the hiring and employment of restaurant workers, and the payroll for all East Bay employees.

**MANNER AND MEANS OF THE CONSPIRACY**

3. The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

    A.    The defendants recorded daily register sales of the restaurants on spreadsheets containing the monthly sales for the restaurants. The defendants then concealed the daily register sales and the monthly summaries from their accountant who then hired to prepare the sales tax returns and federal tax returns for the restaurants, and the defendants' joint personal income tax returns.

    B.    The defendants falsely told their income tax preparer that the restaurants earned less income than it did, causing the tax preparer to prepare false California Sales and Use Tax Returns with the State of California Board of Equalization which understated the gross sales of the restaurants.

    C.    The defendants paid employees by payroll checks and cash and concealed the cash payments both from their accountant and from the Internal Revenue Service.

# OVERT ACTS

4. In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts were committed in the Northern District of California and elsewhere:

A. Throughout the conspiracy, defendant NICOLE SANDOVAL supervised the tracking of gross receipts for the El Balazo Restaurants catering department and maintained spreadsheets of all catering orders, including the tracking of delivery and payments.

B. Throughout the conspiracy, defendant MARINO SANDOVAL collected from the El Balazo Restaurants in the East Bay, bags that contained cash, checks, credit card receipts, and the "daily cuts" which listed the total gross income for the day, including payments made by cash, credit card, and checks and any expenses paid out, including cash taken out of the register by defendant MARINO SANDOVAL.

C. Throughout the conspiracy, defendant MARINO SANDOVAL counted the cash received from the restaurants in the East Bay, made deposits of cash and checks to the corporate bank account, and paid bills.

D. Throughout the conspiracy, the defendants paid employees of the El Balazo Restaurants in cash and checks.

E. At various times throughout the conspiracy, defendant NICOLE SANDOVAL spoke to the accountant over the telephone and falsely under reported her annual income and the annual income of her husband, defendant MARINO SANDOVAL.

F. Throughout the conspiracy, the defendants failed to provide their accountant with any written documentation of the revenues, receipts or expenses for their restaurant business.

G. On or about October 4, 2004, the defendants prepared and caused to be prepared and filed and caused to be filed their joint U.S. Individual Income Tax Return, Form 1040, with the Internal Revenue Service.

H. On or about October 6, 2005, the defendants prepared and caused to be prepared, signed, and filed and caused to be filed, their joint U.S. Individual Income Tax Return, Form 1040, with the Internal Revenue Service.

I. On or about October 23, 2006, the defendants prepared and caused to be prepared

and filed and caused to be filed their joint U.S. Individual Income Tax Return, Form 1040, with the Internal Revenue Service.

All in violation of Title 18, United States Code, Section 371.

**COUNT TWO**: (26 U.S.C. § 7201 – Tax Evasion)

5. On or about October 4, 2004, in the Northern District of California, the defendants,

MARINO SANDOVAL
and
NICOLE SANDOVAL,

while married and residents of Pleasanton, California, did willfully attempt to evade and defeat a large part of the income tax due and owing by them to the United States of America for the calendar year 2003, by preparing and causing to be prepared, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service. In that return, it was stated that their joint taxable income for the calendar year 2003 was the sum of $83,576, and that the amount of tax due and owing thereon was the sum of $18,657. In fact, as the defendants then and there knew, their joint taxable income for the calendar year was in excess of the amount stated on the return, and upon the additional taxable income, an additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

**COUNT THREE**: (26 U.S.C. § 7201 – Tax Evasion)

6. On or about October 6, 2005, in the Northern District of California, the defendants,

MARINO SANDOVAL
and
NICOLE SANDOVAL,

while married and residents of Pleasanton, California, did willfully attempt to evade and defeat a large part of the income tax due and owing by them to the United States of America for the calendar year 2004, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service. In that return, it was stated that their joint taxable income for the calendar year 2004 was the sum of $102,684, and that the amount of tax due and owing thereon was the sum of $21,751 In fact, as the defendants then and there knew, their joint

taxable income for the calendar year was in excess of the amount stated on the return, and upon the additional taxable income, an additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

**COUNT FOUR:** (26 U.S.C. § 7201 – Tax Evasion)

7. On or about October 23, 2006, in the Northern District of California, the defendants,

MARINO SANDOVAL
and
NICOLE SANDOVAL,

while married and residents of Pleasanton, California, did willfully attempt to evade and defeat a large part of the income tax due and owing by them to the United States of America for the calendar year 2005, by preparing and causing to be prepared, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service. In that return, it was stated that their joint taxable income for the calendar year 2005 was the sum of $134,570, and that the amount of tax due and owing thereon was the sum of $33,622. In fact, as the defendants then and there knew, their joint taxable income for the calendar year was in excess of the amount stated on the return, and upon the additional taxable income, an additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

**COUNTS FIVE THROUGH FIFTEEN:** (26 U.S.C. § 7202 – Failure to Account for and Pay Over Taxes)

8. On or about the dates identified below, in the Northern District of California and elsewhere, the defendants,

MARINO SANDOVAL
and
NICOLE SANDOVAL,

residents of Pleasanton, California, who conducted a business as a partnership under the name El Balazo, with its principal place of business in Danville, California, and were required to deduct and collect federal income taxes from the total taxable wages of the employees of El Balazo, did willfully fail to truthfully account for and pay over to the Internal Revenue Service the Federal

Insurance Contributions Act (FICA) taxes and Federal Unemployment Tax Act (FUTA) taxes withheld and due and owing to the United States of America for the quarters ending on the dates and in the amounts noted below:

| COUNTS | TYPE OF TAX | FORM | PERIOD | TAX DUE | DATE FILED |
|---|---|---|---|---|---|
| 5 | FICA | 941 | 3/31/2004 | $11,064.20 | 6/28/2004 |
| 6 | FICA | 941 | 6/30/2004 | $9,645.68 | 9/20/2004 |
| 7 | FICA | 941 | 9/30/2004 | $7,011.28 | 12/20/2004 |
| 8 | FICA | 941 | 12/31/2004 | $7,149.79 | 3/28/2005 |
| 9 | FICA | 941 | 3/31/2005 | $8,150.84 | 7/4/2005 |
| 10 | FICA | 941 | 6/30/2005 | $8,465.05 | 10/10/2005 |
| 11 | FICA | 941 | 9/30/2005 | $6,893.54 | 1/2/2006 |
| 12 | FICA | 941 | 12/31/2005 | $8,091.53 | 4/3/2006 |
| 13 | FUTA | 940 | 12/31/2003 | $10,100.26 | 4/12/2004 |
| 14 | FUTA | 940 | 12/31/2004 | $5,818.68 | 4/11/2005 |
| 15 | FUTA | 940 | 12/31/2005 | $9,441.88 | 4/3/2006 |

All in violation of Title 26, United States Code, Section 7202.

**COUNT SIXTEEN:** (26 U.S.C. § 7206(1) – False Tax Return)

9. On or about September 29, 2004, in the Northern District of California, the defendant,

MARINO SANDOVAL,

a resident of Pleasanton, California, did willfully make and subscribe and aid, abet, assist, and cause to be so made and subscribed, a false U.S. Return of Partnership Income, Form 1065, for the calendar year 2003, which was verified by the defendant in a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. The Form 1065 which was prepared and signed in the Northern District of California and filed with the Internal Revenue Service, stated that the business El Balazo Restaurants had gross receipts in the sum of $2,142,000 for the calendar year 2003, whereas the defendant then and there knew and believed that the gross receipts were in excess of the amount

reported.

In violation of Title 26, United States Code, Section 7206(1).

**COUNT SEVENTEEN**: (26 U.S.C. § 7206(1) – False Tax Return)

10. On or about October 6, 2006, in the Northern District of California, the defendant,

NICOLE SANDOVAL,

a resident of Pleasanton, California, did willfully make and subscribe and aid, abet, assist, and cause to be so made and subscribed, a false U.S. Return of Partnership Income, Form 1065, for the calendar year 2005, which was verified by the defendant in a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. The Form 1065 which was prepared and signed in the Northern District of California, and filed with the Internal Revenue Service, stated that the business El Balazo Restaurants had gross receipts in the sum of $2,554,363 for the calendar year 2005, whereas the defendant then and there knew and believed that the gross receipts were in excess of the amount reported.

In violation of Title 26, United States Code, Section 7206(1).

**COUNT EIGHTEEN**: (8 U.S.C. §§ 1324(a)(1)(A)(iii),(v)(II) and (B)(i) - Harboring Illegal Alien for Commercial Advantage and Private Financial Gain)

11. Beginning on a date unknown but no later than in or about 2002, and continuing to in or about 2006, in the Northern District of California, the defendants,

MARINO SANDOVAL
and
NICOLE SANDOVAL,

did knowingly and in reckless disregard of the facts that an alien, Fernando A.M., had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection, and attempt to conceal, harbor and shield from detection, the alien in any place, including any building and any means of transportation, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii),(v)(II) and B(i).

**COUNT NINETEEN**: (8 U.S.C. § 1324(a)(3)(A)- Hiring for Employment at Least 10 Unauthorized Aliens Over a 12-Month Period)

12. Beginning on or about August 31, 2007 and continuing to on or about August 31, 2008, in the Northern District of California, the defendants,

MARINO SANDOVAL
and
NICOLE SANDOVAL,

did, during any 12-month period, knowingly hire for employment at least 10 individuals with actual knowledge that the individuals were unauthorized aliens, in violations of Title 8, United States Code, Section 1324(a)(3)(A).

**COUNT TWENTY**: (42 U.S.C. § 408(a)(7)(B)- False Representation of Social Security Numbers)

13. At all relevant times,

 A. The defendants were owners of the El Balazo Restaurants, a chain of restaurants (pg. 2 ¶2A), that employed more than 100 employees.

 B. As employers, the defendants were required to report wages of their employees to the Internal Revenue Service and to the Social Security Administration pursuant to 26 U.S.C. § 6051 and 42 U.S.C. § 432.

 C. Between the years 2002 and 2007, the defendants, doing business as Taqueria El Balazo, reported employee wages to the Internal Revenue Service and to the Social Security Administration by the employees' names and social security numbers.

 D. Between 2002 and 2006, the defendants received "no match" letters dated March 15, 2002, May 22, 2003, April 26, 2004, April 7, 2005, and April 28, 2006, from the Social Security Administration in which the defendants were informed that a significant number of the employees' names and social security numbers that the defendants had caused to be reported on the Wage and Tax Statements (Forms W-2) did not agree with the records maintained by the Social Security Administration.

 E. Between 2002 and 2007 on approximately 152 occasions, the defendants caused to be submitted to the Social Security Administration, on the El Balazo Restaurant Employer's

Quarterly Contribution and Wage reports, the names of employees and social security numbers to which those named employees were not assigned.

14. Beginning at a time unknown,imi but no later than in or about 2002, and continuing to in or about 2007, in the Northern District of California, the defendants,

> MARINO SANDOVAL
> and
> NICOLE SANDOVAL,

did, knowingly and with intent to deceive, for the purpose of obtaining any payment or other benefit under Title 42, by and through their officers, employees and agents, submit and cause to be submitted to the Social Security Administration, El Balazo Employer's Quarterly Contribution and Wage reports that included the names of undocumented alien employees receiving wages from El Balazo Restaurants and social security numbers of these employees, when in fact the defendants well knew the reported social security numbers were false in that they were not the social security numbers assigned by the Commissioner of Social Security to these employees as reported, in violation of Title 42, United States Code, Section 408(a)(7)(B).

MELINDA HAAG
United States Attorney

_____
MAUREEN BESSETTE
Chief, Oakland Division

(Approved as to form: _____)
AUSA CORRIGAN