MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   E-Mail: Stephen.Corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                        )<br>     Plaintiff,                )<br>                                        )<br>     v.                                       )<br>                                        )<br>MARINO SANDOVAL     )<br>and                                       )<br>NICOLE SANDOVAL,     )<br>                                        )<br>     Defendants.             )<br>_____) | No. CR-10-00866 CW<br><br>ORDER EXCLUDING TIME PURSUANT<br>TO THE SPEEDY TRIAL ACT<br><br>Date:     December 6, 2010<br>Time:    10:00 a.m.<br>Court:   Hon. Donna M. Ryu |

       Defendants Marino Sandoval and Nicole Sandoval are charged in a twenty count Information filed on November 29, 2010. Although the case was initially assigned to U.S. District Judge Phyllis J. Hamilton, on December 3, 2010, U.S. District Judge Claudia Wilken issued an order relating this case to an earlier filed case, <u>United States v. Francisco Sandoval</u>, CR 10-00615 CW. Hence this case is now assigned to District Judge Wilken.

       On December 6, 2010, the defendants made their initial appearance before this Court and were arraigned on the charges contained in the information. This Court set the matter for a further status hearing on January 31, 2011. The parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from December 6, 2010 to January 31, 2011, to allow

ORDER EXCLUDING TIME
No. CR-10-00866 CW

for effective preparation of counsel given the complexity and number of charged offenses, the volume of discovery to be produced, and defense counsels' need to review the same. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 6, 2010 to January 31, 2011 outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of the defendants, the period from December 6, 2010 to January 31, 2011 is excluded from the Speedy Trial Act calculations for the effective preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: December 7, 2010

HONORABLE DONNA M. RYU
United States Magistrate Judge

ORDER EXCLUDING TIME
No. CR-10-00866 CW