THOMAS F. CARLUCCI, CA Bar No. 135767
   tcarlucci@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, 17TH FLOOR
17TH FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE:   415.434.4484
FACSIMILE:    415.434.4507

JAIME GUERRERO, CA Bar No. 192211
   jguerrero@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:   213.972.4500
FACSIMILE:    213.486.0065

Attorneys for Defendant MARINO SANDOVAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARINO SANDOVAL and NICOLE SANDOVAL<br><br>Defendant. | Case No: CR 10-00866 (CW) (DMR)<br><br>**DEFENDANT MARINO SANDOVAL'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S MARINO SANDOVAL'S MOTION FOR SEVERANCE**<br><br>Civil L.R. 79-5<br><br>DATE:           JUNE 8, 2011<br>TIME:           2:30 P.M.<br>COURTROOM:  2, 4TH FLOOR<br><br>Judge:   Hon. Claudia Wilken |

Pursuant to Civil L.R. 7-11 and 79-5, defendant Marino Sandoval ("Mr. Sandoval") requests that the following document be filed under seal:

1. Internal Revenue Service, Criminal Investigation, Memorandum of Interview of Nicole Sandoval on March 13, 2007.

The requested relief sought is necessary and narrowly tailored to protect the confidentiality of Mrs. Sandoval's statements contained in the Internal Revenue Service's Memorandum of Interview put at issue pursuant to the Motion to Sever the trial of Marino Sandoval filed concurrently herewith. This motion is based on the declaration of Thomas F. Carlucci filed (under seal) concurrently herewith. The government does not oppose this application.

Dated: May 25, 2011

**FOLEY & LARDNER LLP**
THOMAS F. CARLUCCI
JAIME GUERRERO

By: /s/ Thomas F. Calucci
THOMAS F. CARLUCCI

Attorneys for Defendant
MARINO SANDOVAL

1
DEFENDANT MARINO SANDOVAL'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. CR 10-00866 (CW) (DMR)

LACA_2941505.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 25, 2011 I, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Jay Robert Weill | Stephen George Corrigan |
| Sideman & Bancroft LLP | U.S. Attorney's Office |
| One Embarcadero Center, 8th Floor | 1301 Clay St. Room 340S |
| San Francisco, CA 94111-3629 | Oakland, CA 94612 |
| (415)392-1960 | (510)637-3680 |
| Fax: 415-392-0827 | Email: |
| Email: jweill@sideman.com | stephen.corrigan@usdoj.gov |

/s/ Thomas F. Calucci
THOMAS F. CARLUCCI