1  MELINDA HAAG
   United States Attorney
2
   MIRANDA KANE
3  Chief, Criminal Division

4  THOMAS M. NEWMAN
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6888

7  Attorneys for the United States of America

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12 | UNITED STATES OF AMERICA,        )   No. CR-10-866-CW
                                      )
13 |       Plaintiff,                 )   STIPULATION TO CONTINUE
                                      )   SENTENCING
14 |       v.                         )
                                      )
15 | MARINO SANDOVAL and NICOLE       )
     SANDOVAL,                        )
16                                    )
           Defendants.                )
17

18     This matter is currently scheduled for sentencing on February 21, 2012, at 2:30 pm. The

19 parties stipulate to continue sentencing until March 13, 2012, at 2:30 p.m. in order to allow the

20 parties adequate time to prepare for sentencing.  The parties need time to review the final pre-

21 sentence report and to confer about any remaining issue that could be addressed prior to

22 sentencing.  For that reason, the parties stipulate to continue sentencing until March 13, 2012, at

23 2:30 p.m.

24

25

26

27

28

*Stipulation to Continue*
*Case No. 10-cr-866-CW*

|   |   |
|---|---|
| | Respectfully submitted, |
| | MELINDA HAAG |
| | United States Attorney |
| Dated: February 6, 2012 | */s/Thomas M. Newman* |
| | THOMAS M. NEWMAN |
| | Assistant United States Attorney |
| | Tax Division |
| Dated: February 6, 2012 | /s/_____ |
| | THOMAS CARLUCCI |
| | Attorney for Defendant Marino Sandoval |
| Dated: February 6 , 2012 | /s/_____ |
| | JAY WEILL |
| | Attorney for Defendant Nicole Sandoval |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  February 21, 2012            _____
                                     CLAUDIA WILKEN
                                     United States District Judge

*Stipulation to Continue*
*Case No. 10-cr-866-CW*            2